| | | |
|---|---|---|
| ATTORNEY GRIEVANCE | * | IN THE |
| COMMISSION OF MARYLAND | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 19 |
| BRUCE ALLEN JOHNSON, JR. | * | September Term, 2024 |

## O R D E R

In its petition for disciplinary or remedial action, the Attorney Grievance Commission alleges that, on August 29, 2024, the District of Columbia Court of Appeals disbarred the respondent by an Opinion and Order from the practice of law. Upon the filing of the petition and pursuant to Rule 19-737(c), the Court issued an order requiring the respondent to show cause why corresponding discipline should not be imposed. The respondent filed a response opposing the imposition of corresponding discipline.

Upon consideration of the petition and the response, it is this 27th day of January 2025, by the Supreme Court of Maryland,

ORDERED that the Respondent, Bruce Allen Johnson, Jr., is disbarred from the practice of law in the State of Maryland effective immediately; and it is further

ORDERED that the Clerk of this Court shall strike the name of Bruce Allen Johnson, Jr. from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk